IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-38-BO-1
NO. 5:15-CV-292-BO

| | |
|---|---|
| IRA JAMES HENDERSON,<br>Petitioner, | )<br>)<br>) |
| v. | ) **ORDER**<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) |

The Court hereby APPOINTS Raymond Tarlton as counsel for petitioner to assess the validity of the claims set forth by petitioner in his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE 61]. Counsel for petitioner is DIRECTED to file a response with the Court within 30 days of the date of this Order.

SO ORDERED this _15_ day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE